IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR191** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **ZACHERY P. MCQUADE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

    This matter is before the Court on the Defendant's motion to proceed with appeal in forma pauperis (Filing No. 38). The Defendant also filed a Notice of Appeal. (Filing No. 37.) The Defendant retained a private attorney for the underlying case. He has filed an affidavit in support of his motion, but the affidavit is not complete. For instance, the affidavit reveals that the Defendant owns an automobile, though he does not identify make, model or year, and the Defendant owns a 401K account, though he does not reveal value of the account. Because the information is materially incomplete,

    IT IS ORDERED:

    The Application to Proceed Without Prepayment of Fees (Filing No. 38) is denied.

    DATED this 18th day of December, 2007.

                                                      BY THE COURT:

                                                      s/Laurie Smith Camp
                                                      United States District Judge